IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ROY L. KENT, SR., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   CIVIL ACT. NO. 2:21-cv-698-ECM |
| | )                          (WO) |
| PORTFOLIO RECOVERY | ) |
| ASSOCIATES, LLC, | ) |
| | ) |
| Defendant. | ) |

**MEMORANDUM OPINION and ORDER**

On April 25, 2022, the Magistrate Judge entered a Recommendation (doc. 19) to which no timely objections have been filed. Upon an independent review of the file and upon consideration of the Recommendation, it is

ORDERED that the Recommendation of the Magistrate Judge is ADOPTED, the Defendant's motion to dismiss (doc. 12) is GRANTED, and this case is DISMISSED with prejudice.

A separate Final Judgment will be entered.

DONE this 14th day of June, 2022.

　　　　　　　　　　　　　　　　/s/ Emily C. Marks
　　　　　　　　　　　　　　EMILY C. MARKS
　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE